# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Jonathan J Fernandez

Inmate ID Number: T74199 ,

(*Write your full name and inmate ID number.*)

v.

Ricky DIXON ,

DR. ~~Jego~~ Johnson ,

And ARMOr contracted by D.O.C ,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

Case No.: 4:23-CV-00538-AW-MAF
(*To be filled in by the Clerk's Office*)

Jury Trial Requested?
☒ YES  ☐ NO

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Jonathan J Fernandez  ID Number: T74199

List all other names by which you have been known: Chico black, Righteous Johnny.

Current Institution: _____

Address: _____

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: DR. Johnson

   Official Position: Head nurse/DR. in CHARge.

   Employed at: DepARTment of corrections

   Mailing Address: 11064 NW Dempsey BARRon Rd
   BRISTOL, FL 32321

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: Ricky Dixon

   Official Position: Responsible over ALL Department of Corrections/Secretary

   Employed at: Department of Corrections

   Mailing Address: 501 S. Calhoun ST

   Tallahassee, FL 32399

   ☒ Sued in Individual Capacity     ☒ Sued in Official Capacity

3. Defendant's Name: Armor Contracted by Dept. of Corrections

   Official Position: Medical

   Employed at: Department of Corrections

   Mailing Address: 11064 NW Dempsey Rd

   Bristol, FL 32321,

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee        ☐ Civilly Committed Detainee

☒ Convicted State Prisoner ☐ Convicted Federal Prisoner

☐ Immigration Detainee     ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

(PAGE 1 of 2)

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

I should be entitled to relief due to (Dr. Johnson) who is, or was the Head Doctor in charge at liberty correctional institution. Located at [11064 N.W. Dempsey Barron Rd. Bristol, FL 32321]. On November 6th, 2021. Which committed medical malpractice on my left injured arm. By not ordering x-ray before trying to set my arm back in place. Causing my arm to be completely broken at the Humorus Bone. As [Dr. Johnson] instructed one of the officers to pull my body in one direction after tying a sheet around my waist, as she simotkanously pull my arm in the oppisite direction, causing me permanent damage as descrebe by Physical therapist at orange county jail. And Physical therapy at lake Butler Reception Center. Which is a facility for the Department of corrections who provide exercises to help me recover as perscribed by Dr. Winters after Surgery. And a Metal Plate was screwed in my arm. Futher more Medical Neglect took place as I was placed in a confinement cell

**Statement of Facts Continued** (*Page 2 of 2*)

until I had to literally cry up and beg for medical attention. Finally being xrayed and immediately being rushed to the emergency room 23 hours later. As [Captain Weeks] (at the time, November 7, 2021) reprimanded Dr. Johnson for leaving me in a cell, with that type of injury, for that long, which is the reason I'm also suing [Ricky Dixon] as he is responsible for his officers who provide (care, custody and control). Both also for pain and suffering due to unprofessional behavior from staff / pain suffering. My permant damage limits my arm to raise it as I shower, put deoderant on. I cannot hang from anything. Its difficult to get on top bunks. I now have passes to do light work. I cannot hug properly my mom at viso. or hold my pillow without having pain. I do not have full range of motion and it's hard to do everything I'm limited to. Have me see a proffsional docter and see.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 11/2/23 Plaintiff's Signature: *Jonathan Fernandez*

Printed Name of Plaintiff: Jonathan J Fernandez
Correctional Institution: Hamilton Correctional Institution
Address: 10650 SW 46st
         Jasper, FL 32052

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☐ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the __12__ day of __Nov__, 2023.**

Signature of Incarcerated Plaintiff: *Jonathan Fernandez Jr*

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

My first claim Against Dr. Johnson is for medical malpractice. Along with cruel punishment. As she stoped giving pain medications. because i raised the issue of Breaking my Arm. AND medical neglect as I was ignored in A cell for almost 24 hours with A Broken Arm. So number one on medical mal practice + cruel and unusual punishment. And second claim medical neglect as Ricky Dixon vs responsible over D.O.C.

## VI. RELIEF REQUESTED

Both for pain & suffering / permanent injury.

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

1) Injuction Against Defendents Defendents enjoining them from continuing to violate from continuing to violate plaintiff's Rights; 2) compensatory damages in the ammount determined by settle precedent; Punitive damages determined by settle precedents; 3) meaningful, proper and Adequete restorative Treatment. I want ($1,000,000) for we can bargain if the settlement Includes my freedom due to my illegal sentence.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES  ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: _____

   Court: _____

   Reason: _____

2. Date:_____ Case #: _____

   Court: _____

   Reason: _____

3. Date:_____ Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☒ NO

If "Yes," identify the case number, parties, date filed, result (*if not still pending*), name of judge, and court for each case (*if more than one*):

1. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

2. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

    *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☐ YES ☒ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

2. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

    6. Case #:_____Parties: _____

       Court:_____Judge: _____

       Date Filed:_____Dismissal Date (*if not pending*): _____

       Reason: _____

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

PROVIDED TO
HAMILTON CI

DEC 21 2023
RECEIVED BY [signature]
FOR MAILING

Case 4:23-cv-00538-AW-MAF   Document 1   Filed 12/26/23   Page 14 of 20



5. Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed *in forma pauperis*, I must pay the entire $350.00 filing fee (district court) or $505.00 filing/docketing fee (U.S. Court of Appeals) in full. **I AM OBLIGATED TO PAY THE ENTIRE $350.00 or $505.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THE DISTRICT COURT CASE OR APPEAL (including dismissal).**

6. If I am allowed to proceed *in forma pauperis*, I may still be required to submit an initial partial filing fee. 28 U.S.C. § 1915(b)(1). My failure to submit an initial partial filing fee, if assessed, may result in the dismissal of this case and the inability to proceed *in forma pauperis* in the future.

7. The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the filing fee is paid. These additional monthly payments will be up to 20% of all the preceding month's deposits in my account. Institution officials shall submit these monthly payments directly to the Court whenever the funds in my account exceed $10.00. I recognize my responsibility to alert officials at any institution to which I may be transferred in the future of my obligation to pay the full amount of the filing fee. I acknowledge that the Court may, from time to time, require me to provide additional financial records or account statements.

Jonathan J Fernandez   12/22/23
**SIGNATURE OF PLAINTIFF**   **DATE**

Jonathan J Fernandez   T94199
**PRINTED NAME OF PLAINTIFF**   **INMATE NUMBER**

** It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he or she may have been confined during the preceding six months and provide them to the official completing this form.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINANCIAL CERTIFICATE**

(To be completed by Authorized Penal Official)

A PRINTOUT OF ALL TRANSACTIONS IN THE INMATE'S PRISON ACCOUNT FOR THE PRECEDING SIX (6) MONTHS **MUST** BE ATTACHED.

1. Current Account Balance:

2. Average Monthly Balance for preceding 6 months:

3. Average Monthly Deposits for preceding 6 months:

I hereby certify that, as of this date, the above information for the prison account of the inmate named above is correct.

_____   _____
**SIGNATURE OF AUTHORIZED OFFICIAL**   **DATE**

PLEASE COMPLETE THIS FORM IN INK, IN A COLOR OTHER THAN BLACK.

```
                         FLORIDA DEPARTMENT OF CORRECTIONS          12/07/23
IBSR176 (90)              INITIAL PAYMENT FOR FILE FEE              12:32:26
                              FOR: 12/07/2023                       PAGE   1


DC  # : T74199    INMT NAME : FERNANDEZ, JONATHAN J.    CURR BAL : $       3.34
HOLDS : $      0.00  LIENS : $     15.00              SPENDABLE : $       0.00

 DATE RANGE            MONTHLY AVERAGE DEPOSITS   MONTHLY AVERAGE BALANCES
 06/10 - 07/09              $      60.00                $      155.98
 07/10 - 08/08              $      70.00                $       24.82
 08/09 - 09/07              $      62.00                $       21.32
 09/08 - 10/07              $      70.00                $       24.44
 10/08 - 11/06              $      75.00                $       12.45
 11/07 - 12/06              $      50.00                $       19.55

 AVERAGE OVER 6 MONTHS      DEPOSITS : $      64.50
                            BALANCES : $      43.09

 CALCULATED INITIAL PAYMENT : $     12.90
```

```
IBSR140 (74)                        FLORIDA DEPARTMENT OF CORRECTIONS                      12/07/23
                                      TRUST FUND ACCOUNT STATEMENT                         12:31:22
                                     FOR: 06/07/2023 - 12/07/2023                          PAGE   1

ACCT NAME: FERNANDEZ, JONATHAN J.         ACCT#: T74199
      BED: H2214L                          TYPE: INMATE TRUST
    PO BOX:

                                                                BEGINNING BALANCE 06/07/23      $143.05

        POSTED                    REFERENCE
        DATE   NBR   TYPE         NUMBER        FAC   REMITTER/PAYEE            +/-    AMOUNT      BALANCE
        -------- --- ------------ ------------ ---   ---------------------      ---    ---------- -----------
        06/15/23 021 CANTEEN SALES 11320230614  000                              -       $32.64     $110.41
        06/17/23 238 JPAY DEPOSIT  157898029    000   RODRIGUEZ, ELAINE          +       $60.00     $170.41
        06/19/23 133 PROCESSING FEE WEEKLY DRAW 000                              -        $0.33     $170.08
        06/30/23 264 JPAY MEDIA W/D 000155248582 000                             -        $1.00     $169.08
        07/06/23 039 CANTEEN SALES 21120230705  000                              -       $99.80      $69.28
        07/06/23 194 JPAY DEPOSIT  158584493    000   RODRIGUEZ, ELAINE          +       $60.00     $129.28
        07/10/23 135 PROCESSING FEE WEEKLY DRAW 000                              -        $1.00     $128.28
        07/11/23 039 CANTEEN SALES 21120230710  000                              -       $99.79      $28.49
        07/17/23 129 PROCESSING FEE WEEKLY DRAW 000                              -        $1.00      $27.49
        07/18/23 039 CANTEEN SALES 21120230717  000                              -       $27.33       $0.16
        07/19/23 198 JPAY DEPOSIT  159078251    000   RODRIGUEZ, ELAINE          +       $60.00      $60.16
        07/21/23 037 CANTEEN SALES 21120230720  000                              -       $60.10       $0.06
        07/24/23 131 LIEN PAYMENT  WEEKLY DRAW  000                              -        $0.06       $0.00
                     PROCESSING FEE - 07/24/2023 20230724
        08/02/23 213 JPAY DEPOSIT  159568997    000   RODRIGUEZ, ELAINE          +       $75.00      $75.00
        08/02/23 216 LIEN PAYMENT  080223213981 000                              -        $0.81      $74.19
                     PROCESSING FEE - 07/24/2023 20230724
        08/04/23 039 CANTEEN SALES 21120230803  000                              -       $74.10       $0.09
        08/07/23 136 LIEN PAYMENT  WEEKLY DRAW  000                              -        $0.09       $0.00
                     PROCESSING FEE - 08/07/2023 20230807
        08/07/23 218 JPAY DEPOSIT  159772628    000   RODRIGUEZ, ELAINE          +       $75.00      $75.00
        08/07/23 219 LIEN PAYMENT  080723218834 000                              -        $0.65      $74.35
                     PROCESSING FEE - 08/07/2023 20230807
        08/09/23 039 CANTEEN SALES 21120230808  000                              -       $73.41       $0.94
        08/13/23 109 JPAY DEPOSIT  159949801    000   RODRIGUEZ, ELAINE          +       $60.00      $60.94
        08/14/23 135 PROCESSING FEE WEEKLY DRAW 000                              -        $0.73      $60.21
        08/15/23 039 CANTEEN SALES 21120230814  000                              -       $60.13       $0.08
        08/19/23 241 JPAY DEPOSIT  160166101    000   RODRIGUEZ, ELAINE          +       $60.00      $60.08
        08/20/23 120 ACCESS CATALOG 2211         000                             -       $42.75      $17.33
        08/21/23 135 PROCESSING FEE WEEKLY DRAW 000                              -        $0.60      $16.73
        08/22/23 271 JPAY DEPOSIT  160263729    000   RODRIGUEZ, ELAINE          +       $60.00      $76.73
        08/23/23 039 CANTEEN SALES 21120230822  000                              -       $16.10      $60.63
        08/24/23 039 CANTEEN SALES 21120230823  000                              -       $60.47       $0.16
        08/28/23 133 LIEN PAYMENT  WEEKLY DRAW  000                              -        $0.16       $0.00
                     PROCESSING FEE - 08/28/2023 20230828
        08/28/23 213 JPAY DEPOSIT  160463314    000   RODRIGUEZ, ELAINE          +       $70.00      $70.00
        08/28/23 214 LIEN PAYMENT  082823213387 000                              -        $0.61      $69.39
                     PROCESSING FEE - 08/28/2023 20230828
        08/30/23 039 CANTEEN SALES 21120230829  000                              -       $57.55      $11.84
        09/01/23 035 CANTEEN SALES 21120230831  000                              -       $11.79       $0.05
        09/03/23 113 JPAY DEPOSIT  160688587    000   RODRIGUEZ, ELAINE          +       $60.00      $60.05
        09/04/23 129 PROCESSING FEE WEEKLY DRAW 000                              -        $0.69      $59.36
        09/05/23 039 CANTEEN SALES 21120230904  000                              -       $59.30       $0.06
```

```
IBSR140 (74)                        FLORIDA DEPARTMENT OF CORRECTIONS                     12/07/23
                                       TRUST FUND ACCOUNT STATEMENT                       12:31:22
                                        FOR: 06/07/2023 - 12/07/2023                      PAGE   2

ACCT NAME: FERNANDEZ, JONATHAN J.         ACCT#: T74199
     BED: H2214L                           TYPE: INMATE TRUST
     PO BOX:

            POSTED                      REFERENCE
            DATE    NBR    TYPE          NUMBER       FAC    REMITTER/PAYEE        +/-     AMOUNT      BALANCE
            ------- ---   --------------- ------------ ---   ---------------------- ---   ---------- -----------
            09/11/23 133 LIEN PAYMENT    WEEKLY DRAW   000                           -       $0.06       $0.00
                         PROCESSING FEE  - 09/11/2023  20230911
            09/14/23 210 JPAY DEPOSIT    161057237     000   RODRIGUEZ, ELAINE       +      $60.00      $60.00
            09/14/23 211 LIEN PAYMENT    091423210022  000                           -       $0.53      $59.47
                         PROCESSING FEE  - 09/11/2023  20230911
            09/17/23 039 CANTEEN SALES   21120230916   000                           -      $59.43       $0.04
            09/18/23 133 LIEN PAYMENT    WEEKLY DRAW   000                           -       $0.04       $0.00
                         PROCESSING FEE  - 09/18/2023  20230918
            09/20/23 172 JPAY DEPOSIT    161242688     000   RODRIGUEZ, ELAINE       +      $60.00      $60.00
            09/20/23 175 LIEN PAYMENT    092023172902  000                           -       $0.55      $59.45
                         PROCESSING FEE  - 09/18/2023  20230918
            09/22/23 039 CANTEEN SALES   21120230921   000                           -      $12.96      $46.49
            09/23/23 039 CANTEEN SALES   21120230922   000                           -      $36.36      $10.13
            09/24/23 037 CANTEEN SALES   21120230923   000                           -      $10.13       $0.00
            09/24/23 105 JPAY DEPOSIT    161366937     000   RODRIGUEZ, ELAINE       +      $80.00      $80.00
            09/25/23 131 PROCESSING FEE  WEEKLY DRAW   000                           -       $0.59      $79.41
            09/26/23 039 CANTEEN SALES   21120230925   000                           -      $79.34       $0.07
            09/30/23 182 JPAY DEPOSIT    161579529     000   RODRIGUEZ, ELAINE       +      $80.00      $80.07
            10/02/23 039 CANTEEN SALES   21120231001   000                           -      $20.65      $59.42
            10/02/23 132 PROCESSING FEE  WEEKLY DRAW   000                           -       $1.00      $58.42
            10/03/23 039 CANTEEN SALES   21120231002   000                           -      $58.27       $0.15
            10/09/23 133 LIEN PAYMENT    WEEKLY DRAW   000                           -       $0.15       $0.00
                         PROCESSING FEE  - 10/09/2023  20231009
            10/31/23 257 JPAY DEPOSIT    162599594     000   RODRIGUEZ, ELAINE       +      $75.00      $75.00
            10/31/23 258 LIEN PAYMENT    103123257300  000                           -       $0.43      $74.57
                         PROCESSING FEE  - 10/09/2023  20231009
            11/03/23 165 MEDICAL CO-PAY  1102231018RR  000                           -       $0.00      $74.57
                         LIEN CREATED    - 11/03/2023  1102231018RR
            11/05/23 047 CANTEEN SALES   21520231104   000                           -      $74.00       $0.57
            11/06/23 136 LIEN PAYMENT    WEEKLY DRAW   000                           -       $0.57       $0.00
                         PROCESSING FEE  - 11/06/2023  20231106
            11/11/23 174 JPAY DEPOSIT    163021201     000   RODRIGUEZ, ELAINE       +      $50.00      $50.00
            11/11/23 175 LIEN PAYMENT    111123174490  000                           -       $0.17      $49.83
                         PROCESSING FEE  - 11/06/2023  20231106
            11/11/23 175 LIEN PAYMENT    111123174490  000                           -       $5.00      $44.83
                         MEDICAL CO-PAY  - 11/03/2023  1102231018RR
            11/21/23 153 DESTRUCTION OF  250-231427    000                           -       $0.00      $44.83
                         LIEN CREATED    - 11/21/2023  250-231427
            11/23/23 047 CANTEEN SALES   21520231122   000                           -      $41.08       $3.75
            11/27/23 135 PROCESSING FEE  WEEKLY DRAW   000                           -       $0.41       $3.34

                                                                          ENDING BALANCE 12/07/23        $3.34
```

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS                    12/07/23
                                  TRUST FUND ACCOUNT STATEMENT                       12:31:22
                                  FOR: 06/07/2023 - 12/07/2023                       PAGE    3


ACCT NAME: FERNANDEZ, JONATHAN J.        ACCT#: T74199
      BED: H2214L                        TYPE: INMATE TRUST
      PO BOX:

LIEN                                     LIEN      AMOUNT        AMOUNT
DATE       TYPE OF LIEN                  FACL      OF LIEN     STILL OWED
--------   ------------------------------ ----   -----------   -----------
11/21/23   DESTRUCTION OF PROPERTY/FOOD   000       $15.00        $15.00
```

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
- ☐ Warden
- ☒ Asst. Warden
- ☐ Classification
- ☐ Security
- ☐ Medical
- ☐ Mental Health
- ☐ Dental
- ☒ Other: Legal Mail / Inmate Banking check please

**FROM:**
- Inmate Name: Jonathan Fernandez
- DC Number: T74199
- Quarters: H2214
- Job Assignment: N/A
- Date: 11/27/23

**REQUEST**   Check here if this is an informal grievance ☒

I need to send out a motion, and it requires a bank statement with the average amount in my account for the past (6) months. Can you please print out a copy and staple it to this request because it's the only way I can acquire it, plus it has to be signed by an authorized official as you can read from the instructions attached to this (3rd) request written to inmate banking. Which is what I'm grieving. [Remedy sought: please help me complete this form in order to send this motion].

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Jonathan [signature]    DC#: T74199

---

**DO NOT WRITE BELOW THIS LINE**

AX Class - 15

**RESPONSE**  215-2312-0039    DATE RECEIVED: DEC 05 2023   RECEIVED OFFICE OF ASSISTANT WARDEN

Your grievance has been received, reviewed and evaluated. Your request is in non-compliance with Ch.33-103.014(1)(v), Inmate Grievance Procedure, which states the following reason for return, the inmate is using the grievance process to ask questions or seek information, guidance or assistance. Based on the foregoing information, your grievance is being returned without action.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is **Returned** (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): N. Scott    Official (Signature): N. [signature]    Date: 12-7-23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: 01/15
Team Number:
Institution:

TO: (Check One)
- [ ] Warden
- [ ] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [x] Other Legal Mail

FROM:
Inmate Name: Jonathan Fernandez
DC Number: T74199
Quarters: H2214
Job Assignment: N/A
Date: 11/1/23

**REQUEST** — Check here if this is an informal grievance [x]  N/A

I need to send out a 1983 civil rights package and as in need as I wrote any times) to recieve a bank statement with the average amount in my banana for the past (6) months. Which is required. Can you please print out a copy to staple it to my motion as you assist me sending it out. Or can you bring the motion with you to complete your part before my deadline November 6th. I believe there can be an extension but my reason has to be valid. When you read it we can send it.

Inmate (Signature): Jonathan Fernandez   DC#: T74199

RECEIVED DEC 07 2023

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: Hamilton CI Annex Classification Dept

See attached.

Official (Print Name): N. Scott
Official (Signature): N. Scott
Date: 12-7-23

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
Incorporated by Reference in Rule 33-103.005, F.A.C.