IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN FERNANDEZ,

    Plaintiff,

v.                                                          Case No. 4:23-cv-538-AW-MAF

DR. JOHNSON,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 57), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on March 18, 2025.

                                      s/ *Allen Winsor*
                                      United States District Judge